**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAHSAAN THOMAS, et al., | ) NO. CV 12-5490-GAF (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| VALENZUELA, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition For Writ Of Habeas Corpus Without Prejudice And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 26, 2012.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE